J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| A & T BURGERS, INC., dba A & T BURGERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLIED INSURANCE, DOES 1 through 25, ROES 1 through 25 and MOES 1 through 25, Inclusive,<br><br>          Defendants. | **Case No. CV 12-3164-GW(JCGx)**<br><br>[Assigned to Hon. George H. Wu]<br><br>**ORDER FOR DISMISSAL**<br><br>Case Filed:  April 11, 2012<br>Trial Date:  March 5, 2013 |

## **ORDER**

Having considered the Joint Stipulation to Dismiss submitted on January 10, 2013, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice, with the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  January 15, 2013

Hon. George H. Wu
Judge of the District Court